IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-cr-00032-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LOGAN SCOTT DEBYLE,

    Defendant.

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about November 4, 2020, in the State and District of Colorado, the defendant, LOGAN SCOTT DEBYLE, knowingly aimed the beam of a laser pointer at an aircraft, namely, AIR 1, a helicopter operated by the Denver Police Department, and at the flight path of AIR 1, in the special aircraft jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 39A.

A TRUE BILL:


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON


JASON R. DUNN
United States Attorney

By: <u>s/David Tonini</u>
David Tonini
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  David.Tonini@usdoj.gov
Attorney for Government

2

| | |
|---|---|
| DEFENDANT: | LOGAN SCOTT DEBYLE |
| YOB: | 1997 |
| COMPLAINT FILED? | __X__ Yes  _____ No |
| | If Yes, MAGISTRATE CASE NUMBER 20-mj-00180-GPG |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_ Yes   __ No

| | |
|---|---|
| OFFENSE: | 18 U.S.C. § 39A (Aiming a laser pointer at an aircraft) |
| LOCATION OF OFFENSE: | Denver, Colorado |
| PENALTY: | NMT 5 years' imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | Martin H. Daniell III, Special Agent, FBI |
| AUTHORIZED BY: | David Tonini<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

Will not seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.

1