| | |
|---|---|
| DEFENDANT: | LOGAN SCOTT DEBYLE |
| YOB: | 1997 |
| COMPLAINT FILED? | __X__ Yes  _____ No<br>If Yes, MAGISTRATE CASE NUMBER 20-mj-00180-GPG |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _X_ Yes  __ No |
| OFFENSE: | 18 U.S.C. § 39A (Aiming a laser pointer at an aircraft) |
| LOCATION OF OFFENSE: | Denver, Colorado |
| PENALTY: | NMT 5 years' imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | Martin H. Daniell III, Special Agent, FBI |
| AUTHORIZED BY: | David Tonini<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

Will not seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.