**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cr-00032-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOGAN SCOTT DEBYLE

    Defendant.

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

Logan Scott Debyle, through undersigned counsel Kathryn Stimson, respectfully moves the Court for an order granting a continuance of the Change of Plea Hearing. As grounds, the following is stated:

1. This matter is set for a Change of Plea Hearing on May 10, 2021 at 9:00 a.m.

2. Mr. Debyle moves to continue the hearing so that defense counsel and AUSA David Tonini could discuss additional specifics of the plea agreement.

3. Undersigned counsel has conferred with AUSA Tonini regarding this motion, and he does not object to a continuance. If the Court is inclined to grant this motion, undersigned counsel requests that the parties be allowed to contact chambers and set the matter for a date and time convenient for all parties.

Wherefore, Mr. Debyle respectfully requests the Court to grant a continuance of the Change of Plea Hearing set on May 10, 2021.

Dated: May 6, 2021.

Respectfully submitted,

*s/ Kathryn J. Stimson*
Kathryn J. Stimson
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:   stimson@sslhlaw.com

*Attorney for Logan Scott Debyle*

## Certificate of Service

I certify that on May 6, 2021, I electronically filed the foregoing *Unopposed Motion to Continue Change of Plea Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

David Tonini
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
David.tonini@usdoj.gov

*s/ Brenda Rodriguez*
Brenda Rodriguez

2